UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANDREW LOVE,
INMATE #26110848,

Plaintiff,

vs.

NAVY FEDERAL BANK,

Defendant.

Case No.: 26cv3053-DMS (DEB)

**ORDER:**

**1) DENYING RENEWED MOTION TO PROCEED IN FORMA PAUPERIS [ECF NO. 4]**

**2) DISMISSING CIVIL ACTION FOR FAILURE TO PAY THE FILING FEE REQUIRED BY 28 U.S.C. § 1914(a)**

On May 18, 2026, Plaintiff Andrew Love, an inmate at the San Diego Central Jail proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, accompanied by a motion to proceed in forma pauperis ("IFP"). (ECF Nos. 1-2.) On June 15, 2026, the Court denied the IFP motion without prejudice to its renewal due to Plaintiff's failure to provide the required financial information. (ECF No. 3.) Plaintiff has now filed a renewed IFP motion. (ECF No. 4.)

**I. Renewed Motion to Proceed IFP**

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of

$405, consisting of a $350 statutory fee plus an additional administrative fee of $55, although the administrative fee does not apply to persons granted leave to proceed IFP. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023)). The action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).

Plaintiff's IFP application indicates he has $5,700 in a checking account at his financial institution and an income of $1,300 per month. (*See* ECF No. 4 at 2.) Because Plaintiff currently has sufficient funds to pay the $405 civil filing fee, he has not shown the indigence required to proceed IFP. *See O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990) (the right to proceed in forma pauperis is not absolute); *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963) (proceeding in forma pauperis is a matter within the sound discretion of the trial court in civil actions). Therefore, because Plaintiff has not shown an inability to pay the filing fee in total, the renewed motion to proceed IFP is **DENIED**.

## II. Conclusion and Order

Accordingly, the Court:

1) **DENIES** Plaintiff's renewed Motion to Proceed IFP (ECF No. 4);

2) **DISMISSES** this action without prejudice for failure to pay the full statutory and administrative $405 civil filing fee required by 28 U.S.C. § 1914(a);

3) Plaintiff is granted thirty (30) days leave from the date this Order is "Filed" in which to pay the $405 initial civil filing fee. If Plaintiff fails to pay the $405 civil filing fee this action will remain dismissed without prejudice based solely on his failure to satisfy 28 U.S.C. § 1914(a)'s fee requirement and without further Order of the Court.

**IT IS SO ORDERED.**

Dated: July 31, 2026

Hon. Dana M. Sabraw
United States District Judge